Associate Chief Justice Lee,
concurring in part and concurring the judgment:
¶ 26 I concur in the court’s analysis and judgment under the standard set forth in State v. Tiedemann, 2007 UT 49, ¶ 44, 162 P.3d 1106, and State v. DeJesus, 2017 UT 22, 395 P.3d 111. My only caveat, and sole reason for writing separately, is one I explained in my separate opinion in DeJesus—that the standard for regulating and sanctioning the State’s destruction of evidence is appropriately rooted in our inherent power to regulate proceedings in our courts (as reflected in rule 16 of our criminal rules), and not the *143 Due Process Clause of the Utah Constitution. I concur on that same basis here.